# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00327-CV

**Crystal Lynn Evans, Appellant**

**v.**

**Jason Lind, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-007953
### THE HONORABLE AURORA MARTINEZ-JONES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on June 20, 2025. On June 9, 2025, appellant's brief was received but was not filed as it failed to comply with the applicable rules of appellate procedure. *See* Tex. R. App. P. 38. On June 17, 2025, this Court notified appellant of her brief's noncompliance and requested that she file a corrected brief on or before June 27, 2025. On July 22, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by August 1, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Prosecution

Filed:   August 8, 2025

2